SCHWABENLAND & RYAN, P.C.
BY:  James F. Ryan
ATTY I.D. No. 34676
995 Old Eagle School Road - Suite 306
Wayne, PA 19087
(610) 971-9200

Attorney for: Defendant,
Collins Packing Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES PHILLIPS | : | |
| vs. | : | CIVIL ACTION |
| | : | ASBESTOS |
| COLLINS PACKING COMPANY, et al. | : | No. 2:00-CV-06359-ER |

### STIPULATION TO DISMISS

It is hereby agreed by and between counsel for Plaintiff, Robert E. Paul, Esquire

and counsel for Defendant, Collins Packing Company that Collins Packing Company is

hereby dismissed from this action, including all claims and crossclaims, with prejudice.

SCHWABENLAND & RYAN, P.C.

BY:_____
JAMES F. RYAN
Attorney for Defendant,
Collins Packing Company

PAUL, REICH & MYERS, P.C.

BY:_____
ROBERT E. PAUL
Attorney for Plaintiff

So Ordered

_____
EDUARDO C. ROBRENO  J.
1/29/10